**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7588**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE EDWARD HOPKINS, III, a/k/a W. E.
Hopkins, a/k/a Bill Hopkins, a/k/a Willie
Hopkins, a/k/a Little Bill, a/k/a Bill, Jr.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CR-97-9-2-3)

_____

Submitted: February 19, 2004        Decided: February 26, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Edward Hopkins, III, Appellant Pro Se. Fernando Groene,
OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Edward Hopkins, III, appeals the district court's orders denying relief on his motion seeking a reduction of his sentence. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hopkins v. United States, No. CR-97-9-2-3 (E.D. Va. Aug. 7, 2003 & Sept. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED